UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

MARIE PISCULLI,

                      Plaintiff,

      -against-                                  25-cv-01398(CS)(JCM)

FACTORY DIRECT ENTERPRISES, LLC
d/b/a ASHLEY NORTHEAST,

                      Defendant.
-------------------------------------------------------------x

**ORDER**

      Upon receipt of a copy of this order, Plaintiff is required to submit the certified copy, marshal forms, summons and complaint to the U.S. Marshal for service upon named defendants.

      Pursuant to Fed.R.Civ.P. 4(c)(2), the U.S. Marshal is hereby directed to collect their fee and serve the Summons and Complaint upon the named defendants.

      SO ORDERED.

                                            _Cathy Seibel_
                                  United States District Judge Cathy Seibel

                    Dated: 2/27/25