UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIE PISCULLI, *Plaintiff,* v. FACTORY DIRECT ENTERPRISES, LLC d/b/a ASHLEY NORTHEAST *Defendant.* | Case No. **7:25-cv-01398-CS** **JUDGMENT** |

WHEREAS
~~WHEREVER~~ on June 19, 2025 a FRCP §68 Offer of Judgment in the amount of Forty-Thousand Thousand Dollars ($40,000.00) (ECF No. 25-1) was made by Defendant Factory Direct Enterprises, LLC d/b/a Ashley Northeast ("Defendant") to Plaintiff Marie Pisuclli in resolution of all claims asserted by Plaintiff in this matter; an

WHEREAS
~~Wherever on~~ Plaintiff accepted Defendant's FRCP §68 Offer of Judgment on June 28, 2025 (ECF No. 25), THEREFORE

~~WHERFORE~~ It is hereby ORDER and ADJUDGED that a Defendant Factory Direct Enterprises, LLC d/b/a Ashley Northeast ("Defendant") is to pay Plaintiff Marie Pisculli ("Plaintiff") in the amount of Forty Thousand Dollars ($40,000.00) in satisfaction of all claims against Plaintiff.

The Clerk shall enter judgment and close the case.

SO ORDERED:

Date: _____ January 30 _____, 2026

_____
Hon. Cathy Seibel
United States District Judge